**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 00-cv-00250-LTB-OES

JOYCE K. BROUGHTON,

       Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,

       Defendant.

_____

**ORDER**
_____

Upon review of this matter, the Court notes that pursuant to Stipulated Motion by Plaintiff and Defendant filed February 10, 2003, for dismissal with prejudice, this matter was dismissed with prejudice on February 11, 2003.  As a result, it is

ORDERED as follows:

1.      Docket No. 107, filed August 1, 2005, Complaint, is DISMISSED AS MOOT.

2.      Docket No. 110, filed August 10, 2005, Motion to Join "New" Third-Party Joinder, Involuntary Plaintiff; CDOC is DENIED AND STRICKEN.

3.      Docket No. 112, filed August 25, 2005, Motion to Transfer Case, is DENIED AND STRICKEN.

4.      Docket No. 114, filed September 19, 2005, Amended Motion to Leave to Proceed in Change of Venue Order, is DENIED AND STRICKEN.

5.    Docket No. 116, filed October 11, 2005, Motion to Withdraw as Counsel of Record (filed by Diane S. King of King & Greisen, LLP) is GRANTED.

6.    Docket No. 119, filed December 9, 2005, Motion for Order to Appoint the United States Justice Department as Legal Counsel, Legal Representation, for Plaintiff, is DENIED.

7.    Docket No. 120, filed December 9, 2005, Motion for Order to Join Plaintiffs is DENIED.

8.    Docket No. 121, filed December 8, 2005, Demand for Order Making State of Colorado Department of Correction's JAG Confidential Settlement, Now Null and Void is DENIED.

9.    Docket No. 122, filed December 9, 2005, Motion for Order to Reopen and Reinstate in Full Closed State of Colorado Department of Correction's Case is DENIED.

10.   Docket No. 123, filed January 25, 2006, Motion to Withdraw (filed by George Meyer) is GRANTED.

11.   Docket No. 125, filed February 21, 2006, Motion to Withdraw as Counsel of Record (filed by Joyce L. Jenkins) is GRANTED.

IT IS FURTHER ORDERED that any further filings in this matter will be stricken.

BY THE COURT:


   s/Lewis T. Babcock
Lewis T. Babcock, Chief Judge


DATED:   March 10, 2006