**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 00-cv-00250-LTB-OES

JOYCE K. BROUGHTON,

      Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,

      Defendant.
_____

**ORDER**
_____

      Upon Plaintiff's Motion for Protective Order (Doc 128 - filed March 15, 2006), and pursuant to this Court's Order of March 10, 2006, the Motion is hereby STRICKEN.

                                       BY THE COURT:

                                        s/Lewis T. Babcock
                                        Lewis T. Babcock, Chief Judge

DATED:   March 17, 2006