**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 00-cv-00250-LTB-OES

JOYCE K. BROUGHTON,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,

    Defendant.
_____

**ORDER**
_____

This case was dismissed with prejudice pursuant to a Stipulated Motion to Dismiss on February 11, 2003. On March 10, 2006, this Court issued an Order dealing with various motions and stated that "any further filings in this matter will be stricken." Accordingly

Plaintiff's Notice of Lis Pendens "Confidentiality" of Physical Address "Confidentiality" of Social Security Number (Doc 131 - filed April 6, 2006) is hereby STRICKEN.

                              BY THE COURT:

                              s/Lewis T. Babcock
                              Lewis T. Babcock, Chief Judge

DATED: April 7, 2006